UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　CHAPTER 13
GARY AMBRO,　　　　　　　　　　　　　　CASE NO. 18-49094-PJS
DEBTOR.　　　　　　　　　　　　　　　　JUDGE PHILLIP J SHEFFERLY
_____/

**TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTION**

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to the debtor's claimed exemption, and states:

1. Trustee objects to debtor's exemption in Drive Giant, LLC in the amount of $1.00 under 11 U.S.C. § 522(d)(5), because:

    a. the Trustee has an outstanding objection regarding debtor's valuation of the asset;

    b. the Trustee has an outstanding request for documentation regarding the asset;

    c. the debtor has listed the claimed exemption and the value of the asset in the amount of $1.00 under (d)(5).

Accordingly, the Trustee is unable to ascertain the validity and/or extent of the exemption claimed. See Taylor v. Freeland & Kronz, 503 U.S. 638, 112 S.Ct. 1644 (1992); Schwab v. Reilly, 130 S.Ct. 2652 (June 17, 2010).

2. Trustee objects to debtor's exemption in MET for daughter, U-Promise account for daughter, and Morgan Stanley MET for 100% under 11 U.S.C. §

541(b)(5)(C) as the debtor has not provided documentation for the 720 days prior to filing to allow the Trustee or the Court to determine if all or some portion of the accounts are property of the estate under 11 U.S.C. § 541(a).

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny the debtor's claimed exemption and provide such other and further relief as this court deems just and appropriate.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

October 3, 2018
/s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>GARY AMBRO,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 18-49094-PJS<br>JUDGE PHILLIP J SHEFFERLY |

### ORDER GRANTING TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTION

This matter having come to be heard upon the Trustee's Objection to the Debtor's Claimed Exemption filed pursuant to E. D. Mich. LBR 9014-1, the Objection having been duly served on Debtor's counsel and the last known address of the Debtor and the requisite time having passed without objection having been timely served, a Certificate of No Response having been filed and the relief requested in the Objection being warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the debtor's exemption in Drive Giant, LLC in the amount of $1.00 under 11 U.S.C. § 522(d)(5) is hereby denied.

**IT IS FURTHER ORDERED** that the debtor's exemption in MET for daughter, U-Promise account for daughter, and Morgan Stanley MET for 100% under 11 U.S.C. § 541(b)(5)(C) are hereby denied.

EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>GARY AMBRO,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 18-49094-PJS<br>JUDGE PHILLIP J SHEFFERLY |

### BRIEF IN SUPPORT OF TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIM OF EXEMPTIONS

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and in support of the Objection to the Debtor's Claim of Exemptions relies on 11 U.S.C. § 522 and state statutes, if applicable, as authority for the allowance of appropriate exemptions. Further, the Trustee would assert that without complete disclosure of information in debtor's Chapter 13 Schedules, a proper determination of the allowance of exemptions cannot be made.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

October 3, 2018         /s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
GARY AMBRO,  CASE NO. 18-49094-PJS
AKA/DBA:  JUDGE PHILLIP J SHEFFERLY
Debtor.

Address
532 SPRINGVIEW DR
ROCHESTER, MI  48307-0000

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any):     3186,

Employer's Tax Identification (EIN) No(s).(if any): _____

### NOTICE OF TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTION

The Chapter 13 Trustee has filed papers with the court to deny the debtor's claimed exemptions.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to deny the debtor's claimed exemption or if you want the court to consider your views on the debtor's exemption, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[1]:

**United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226**

If you mail your response to the court for filing, you must mail it early enough, so the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

Page **5** of **7**

You must also send a copy to:

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
*ATTN: MOTION DEPARTMENT*
719 Griswold Street
Suite 1100
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Trustee's Objection and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

October 3, 2018       /s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| GARY AMBRO, | CASE NO. 18-49094-PJS |
| DEBTOR. | JUDGE PHILLIP J SHEFFERLY |
| _____/ | |

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTION, NOTICE OF TRUSTEE'S OBJECTION, and CERTIFICATE OF MAILING** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

CLAYSON, SCHNEIDER & MILLER PC
645 GRISWOLD
SUITE 3900
DETROIT, MI 48226-0000

and I hereby certify that I have mailed by United States Postal Service the above-mentioned documents to the following non-ECF participants:

GARY AMBRO
532 SPRINGVIEW DR
ROCHESTER, MI 48307-0000

October 3, 2018          /s/ Barbara A. Ecclestone
Barbara A. Ecclestone
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

Page **7** of **7**